**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KREVOLIN & HORST, LLC,

**Case No.: 6:20-mc-00041-RBD-LRH**

Plaintiff,

vs.

LIFEFORCE CRYOBANK SCIENCES, INC.,

Defendant.
_____________________________________/

## APPLICATION FOR WRIT OF EXECUTION

Plaintiff KREVOLIN & HORST, LLC (hereinafter, "Judgment Creditor"), through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 69, submits this application for issuance of a writ of execution by the Clerk of the United States District Court for the Middle District of Florida, Orlando Division, to enforce a money judgment on Defendant LIFEFORCE CRYOBANK SCIENCES, INC., a Delaware (hereinafter, "Judgment Debtor"), in the form as attached hereto as Exhibit "**A**". In support of said application, Judgment Creditor as follows:

1. The Clerk of the Court shall issue a writ of execution to enforce a money judgment upon application of the judgment creditor. [Fed. R. Civ. P. 69(a), deferring to Fla. R. Civ. P. 1.560(a)].

2. On October 21, 2020, the Attorney Fee Judgment was entered United States District Court for the Northern District of Georgia, Civil Action File No.

1:17-CV-04235-ELR, in favor of Judgment Creditor and against Judgment Debtor in the amount of Five Hundred Seventy-Nine Thousand One Hundred Five Dollars and 80/100 ($579,105.80) (the "Judgment"), a copy of which is attached hereto as Exhibit "**B**".

3. On November 4, 2020, the Judgment was registered in this Court. [Dkt. 1].

4. The Judgment Creditor has not been paid, and the Judgment remains outstanding in its entirety.

5. Judgment Creditor seeks to levy upon the nonexempt funds and property of Judgment Debtor for payment of the Judgment.

WHEREFORE Judgment Creditor respectfully requests issuance of a Writ of Execution directed to Judgment Debtor, in the form attached as Exhibit "**A**".

Respectfully submitted this 6th day of December, 2021.

**Winderweedle, Haines, Ward**
**& Woodman, P.A.**
P.O. Box 880
Winter Park, FL 32790
Tel: (407) 423-4246

*/s/ Richard B. Weinman*
Richard B. Weinman
Florida Bar No.: 231370
rweinman@whww.com
Ryan E Davis
Florida Bar No.: 179851
rdavis@whww.com
*Attorneys for Judgment Creditor Krevolin & Horst, LLC*