# EXHIBIT A

DC 11
Rev. 1/09

# WRIT OF EXECUTION

| United States District Court | Middle District of Florida |
|---|---|

TO THE MARSHAL OF: Middle District of Florida, Orlando Division 6:20-mc-00041-RBD-LRH

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
LIFEFORCE CRYOBANK SCIENCES, INC., a Delaware corporation, 270 North Lake Blvd, Suite 1012, Altamonte Springs, FL 32701.

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| $579,105.80 | AND | |

in the United States District Court for the Middle District of Florida, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Case No. 6:20-mc-00041-RBD-LRH, Krevolin & Horst, LLC v. Lifeforce Cryobank Sciences, Inc., pursuant to the judgment entered October 21, 2020 in the United States District Court for the Northern District of Georgia of Georgia, Atlanta Division, Civil Action File No. 1:17-CV-04235-ELR.

and also the costs that may accrue under this writ.
And that you have above listed moneys that the place and date listed below; and that you bring this writ with you.

| | |
|---|---|
| PLACE Orange County | DISTRICT Middle District of Florida |
| CITY Orlando | DATE |

Witness the Honorable ______________________________
United States Judge

| | |
|---|---|
| DATE | CLERK OF COURT |
| | (BY ) DEPUTY CLERK |

RETURN

| | |
|---|---|
| DATE RECEIVED | DATE OF EXECUTION OF WRIT |

This writ was received and executed.

| | |
|---|---|
| U.S. MARSHAL | (BY ) DEPUTY MARSHAL |