UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KREVOLIN & HORST, LLC,

Plaintiff,

v. Case No: 6:20-mc-41-RBD-LRH

SYED M. RAHEEL and
LIFEFORCE CRYOBANK SCIENCES,
INC.

Defendants.

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **APPLICATION FOR WRIT OF EXECUTION (Doc. No. 12)** |
| **FILED:** | **December 6, 2021** |

**THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Plaintiff Krevolin & Horst, LLC seeks a writ of execution against Defendant Lifeforce Cryobank Sciences, Inc., based on a money judgment Plaintiff obtained in the United States District Court in and for the Northern District of Georgia, Atlanta

Division, which judgment has been registered in this Court. Doc. No. 12. *See also* Doc. No. 12-2 (copy of judgment); Doc. No. 1 (registration of judgment). On review, the motion will be denied without prejudice for failure to comply with Local Rule 3.01(a) because it does not include a legal memorandum in support of the request.

**DONE** and **ORDERED** in Orlando, Florida on December 13, 2021.

Leslie R. Hoffman

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties