# EXHIBIT B

CERTIFICATION
CM/ECF DOCUMENT
I hereby attest and certify that this is a true and correct printed copy of a document which was electronically filed with the United States District Court for the Northern District of Georgia.

Date Filed: 10/21/2020

By: Deputy Clerk
Kevin P. Weimer, Clerk of Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KREVOLIN & HORST, LLC,<br>Plaintiff,<br><br>vs.<br><br>SYED M. RAHEEL and LIFEFORCE CRYOBANK SCIENCES, INC.,<br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:17-CV-04235-ELR |

# ATTORNEY FEE JUDGMENT

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of Plaintiff Krevolin & Horst, LLC's Motion for Attorney Fees, and the court having granted said motion on June 24, 2020, it is

**Ordered and adjudged** that Plaintiff Krevolin & Horst, LLC recover from Defendant Lifeforce Cryobank Sciences, Inc. $579,105.80 in attorneys' fees, costs, and expenses, plus any post-judgment interest accruing per diem.

Dated at Atlanta, Georgia this 21st day of October, 2020.

JAMES N. HATTEN
CLERK OF COURT

By: s/Jessica Kelley
Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
October 21, 2020
James N. Hatten
Clerk of Court

By: s/Jessica Kelley
Deputy Clerk

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

FILED
Nov 4, 2020
Date
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Krevolin & Horst, LLC
*Plaintiff*
v.
Lifeforce Cryobank Sciences, Inc.
*Defendant*

Civil Action No. 1:17-cv-4235

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 10/21/2020 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 10/22/2020

JAMES N. HATTEN
*CLERK OF COURT*

Traci Clements Campbell
*Signature of Clerk or Deputy Clerk*

Case 6:20-mc-00041-RBD-LRH Document 1-2 Filed 11/13/20 Page 2 of 2 PageID 2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| KREVOLIN & HORST, LLC,<br>Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:17-CV-04235-ELR |
| SYED M. RAHEEL and LIFEFORCE CRYOBANK SCIENCES, INC.,<br>Defendants. | |

## ATTORNEY FEE JUDGMENT

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of Plaintiff Krevolin & Horst, LLC's Motion for Attorney Fees, and the court having granted said motion on June 24, 2020, it is

**Ordered and adjudged** that Plaintiff Krevolin & Horst, LLC recover from Defendant Lifeforce Cryobank Sciences, Inc. $579,105.80 in attorneys' fees, costs, and expenses, plus any post-judgment interest accruing per diem.

Dated at Atlanta, Georgia this 21st day of October, 2020.

JAMES N. HATTEN
CLERK OF COURT

By: s/Jessica Kelley
Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
October 21, 2020
James N. Hatten
Clerk of Court

By: s/Jessica Kelley
Deputy Clerk

**CERTIFICATION**
**CM/ECF DOCUMENT**
I hereby attest and certify that this is a true and correct printed copy of a document which was electronically filed with the United States District Court for the Northern District of Georgia.

Date Filed: 10/21/2020

By: [signature] Deputy
James N. Hatten, Clerk of Court
OCT 22 2020