# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KREVOLIN & HORST, LLC,

Plaintiff,

vs.

LIFEFORCE CRYOBANK SCIENCES, INC.,

Defendant.

______________________________/

**Case No.: 6:20-mc-00041-RBD-LRH**

**PLAINTIFF'S AFFIDAVIT OF JUDGMENT LIEN AND IN SUPPORT OF MOTION FOR PROCEEDINGS SUPPLEMENTARY**

STATE OF ALABAMA )
COUNTY OF ELMORE )

Before me, personally appeared Adam M. Sparks, Esq., who, after being sworn, states:

1. I am a member of the law firm of Krevolin & Horst, LLC, and make this affidavit based upon my personal knowledge and my review of documents filed in Civil Action File No. 1:17-CV-04235-ELR in the United States District Court for the Northern District of Georgia, of documents filed in this case, and of regularly maintained business records.

2. On October 21, 2020, Plaintiff obtained an Attorney Fee Judgment against Defendant Lifeforce Cryobank Sciences, Inc. ("Lifeforce") in the amount of

$579,105.80, representing unpaid legal services provided by Plaintiff and Plaintiff's expenses of litigation (the "Judgment").

3. On November 4, 2020, the Judgment was registered in this Court.

4. On November 29, 2021, Plaintiff filed a Judgment Lien Certificate with the Florida Secretary of State in accordance with Fla. Stat. § 55.201 et. seq. relating to the Judgment (Certificate No. J21000612394).

5. The Judgment Lien remains unsatisfied, is valid and outstanding.

6. Plaintiff has not received satisfaction of the Judgment, in whole or in part.

7. The current total balance due on the Judgment is $579,105.80, plus post-judgment interest of at least $862.15 since the entry of the Judgment on October 21, 2020.[1]

8. Plaintiff asserts that the following property of Lifeforce not exempt from execution is in the hands of Cord for Life, Inc., a Florida corporation, or that such property, debt, or other obligation due to Lifeforce may be applied toward the satisfaction of the Judgment; including, but not limited to, those assets identified in Section 1.1 of the Asset Purchase Agreement ("APA") between Lifeforce and Cord for Life, Inc., dated March 1, 2018:

---

[1] Based on accrual of interest at 0.13% for 418 days.

All equipment, computers, furniture, fixtures, cash and all other tangible personal property, including, without limitation, inventories, wherever located, including all stem cell materials in storage, all collected blood samples in process, spare parts and all other materials and supplies to be used or consumed in the processing of blood, collection of stem cells from processed blood and storage of stern cells, together with any insurance on such property, which are not exempt from execution.

All funds maintained with any financial institution, which are not exempt from execution.

All receivables, including, without limitation, all debts, trade and customer accounts receivable arising from service (specifically including future commissions and/or residuals on all future premiums paid by accounts), notes receivable, insurance proceeds receivable, and any other obligations identified as an asset in books or records related to assets, which are not exempt from execution.

All contracts, franchises, franchise rights, patents, trademarks, and other intangible property, including, without limitation, customer accounts and other rights to provide services to customers, which are not exempt from execution.

All rights relating to deposits and prepaid expenses, claims for refunds and rights to offset in respect thereof, which are not exempt from execution.

[Signature page follows]

[signature]

Adam M. Sparks

STATE OF ALABAMA

COUNTY OF ~~AUTAUGA~~ ELMORE J.B.

SWORN TO AND SUBSCRIBED before me this 22nd day of December, 2021, by means of ☑ physical presence or ☐ online notarization, by Adam M. Sparks, Esq.. Shareholder of Krevolin & Horst, LLC.

(Seal)

JONATHAN C BERKENKAMP
My Commission Expires
NOTARY PUBLIC
November 29, 2025
ALABAMA STATE AT LARGE

Jonathan C Berkenkamp
Signature of Notary Public

Jonathan C. Berkenkamp
Print, Type/Stamp Name of Notary

My commission expires: 11/29/25

Personally Known ____

OR Produced Identification ✓

Type of Identification Produced Georgia Drivers License