# EXHIBIT B

7722831803 McCarthy [illegible] 09[illegible]:26 12[illegible]8- 1/7
Division of Corporations https://e[illegible] [illegible]scri[illegible]efilcovr.exe

P17000101594

# Florida Department of State

Division of Corporations
Electronic Filing Cover Sheet

**Note: Please print this page and use it as a cover sheet.** Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H17000338307 3)))

H170003383073ABC%

**Note:** DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

To:
Division of Corporations
Fax Number : (850)617-6381

From:
Account Name : MCCARTHY, SUMMERS, BOBKO, WOOD, NORMAN, BASS & MELBY, P.A.
Account Number : I19990000170
Phone : (772)286-1700
Fax Number : (772)283-1803

**Enter the email address for this business entity to be used for future annual report mailings. Enter only one email address please.**

Email Address: klm@McCarthySummers.com

27

17 DEC 27 AM 10:23
27

**FLORIDA PROFIT/NON PROFIT CORPORATION**
**CORD FOR LIFE, INC.**

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 1 |
| Page Count | 07 |
| Estimated Charge | $78.75 |

Electronic Filing Menu    Corporate Filing Menu    Help

D O'KEEFE
DEC 29 2017

December 28, 2017

FLORIDA DEPARTMENT OF STATE
Division of Corporations

MCCARTHY, SUMMERS, BOBKO, WOOD, NORMAN, BASS & MELBY, P

,

SUBJECT: CORD FOR LIFE, INC.
REF: W17000101908

We received your electronically transmitted document. However, the document has not been filed. Please make the following corrections and refax the complete document, including the electronic filing cover sheet.

Florida law requires the street address of the principal office and, if different the mailing address of the entity. A post office box is not acceptable for the principal office.

If you have any questions concerning the filing of your document, please call (850) 245-6052.

| | |
|---|---|
| DANIEL L O'KEEFE | FAX Aud. #: H17000338307 |
| Regulatory Specialist II | Letter Number: 117A00026206 |

H17000338307

# ARTICLES OF INCORPORATION
# OF
# CORD FOR LIFE, INC.

THE UNDERSIGNED, acting as the incorporator of a corporation under the Florida Business Corporation Act, adopts the following Articles of Incorporation for such corporation:

## ARTICLE 1
## NAME

The name of this Corporation is CORD FOR LIFE, INC.

## ARTICLE 2
## ADDRESS OF PRINCIPAL OFFICE

The address of the corporation's principal office is:

270 Northlake Blvd., Suite 1012
Altamonte Springs, FL 32701

The mailing address of the corporation's principal office is:

Post Office Box 16519
Encino, CA 91416

## ARTICLE 3
## DURATION AND EFFECTIVE DATE

The duration of this Corporation is perpetual, unless dissolved according to law.

The effective date of this incorporation shall be December 27, 2017.

## ARTICLE 4
## PURPOSE

The purpose of this Corporation is to engage in any activity or business permitted under the laws of the United States and Florida.

## ARTICLE 5
## STOCK

The aggregate number of shares which this Corporation shall have authority to issue is 10,000 shares of Class A Common stock at One Dollar ($1.00) par value per share. Fully-paid stock of this

Corporation shall not be liable to any further call or assessment. The sum of the par value of all shares of capital stock of the Corporation that have been issued shall be the stated capital of the Corporation at any particular time, to the extent of the par value of such shares, and the excess, if any, of consideration received for such shares shall constitute capital surplus.

**ARTICLE 6**
**AMENDMENT**

These Articles of Incorporation may be amended, altered, changed, or repealed by the affirmative vote of a majority of the stock issued and outstanding, at a Shareholders meeting called for that purpose.

**ARTICLE 7**
**SHAREHOLDER RIGHTS**

Shareholders of the Corporation shall have preemptive rights to acquire their pro rata share of stock of the Corporation for all issues of any class of stock of the Corporation, no matter when authorized, and for whatever consideration is contemplated to be received by the Corporation, including, but not limited to, cash, other property, services, the acquisition of other corporations' shares or property through merger or the extinguishment of debts. Preemptive rights shall also apply to the reissuance of all redeemed or otherwise acquired shares, including the reissuance of treasury shares.

This Article pertaining to preemptive rights may not be amended or deleted without the unanimous vote of the Shareholders of each affected class, and no issuance of stock of the Corporation shall take place unless the price at which the stock is to be issued shall be approved by a majority of the Shareholders of the Corporation.

**ARTICLE 8**
**QUORUM FOR STOCKHOLDERS MEETINGS**

Unless otherwise provided for in the Corporation's By-laws, a majority of the shares entitled to vote, represented in person or by proxy, shall be required to constitute a quorum at a meeting of shareholders.

**ARTICLE 9**
**INITIAL REGISTERED OFFICE AND AGENT**

The street address of this Corporation's initial registered office in Florida is 2400 S. E. Federal Highway, Fourth Floor, Stuart, Florida 34994, and the name of its initial registered agent at that address is Kenneth A. Norman.

## ARTICLE 10
## BOARD OF DIRECTORS

The powers of the Corporation shall be exercised by or under the authority of and the business and affairs of the Corporation shall be managed under the direction of a Board of Directors, which shall have at least one member initially. The number of directors may be increased or decreased by the Shareholders from time to time as provided in the By-laws of the Corporation.

The name(s) and address(es) of the members of the initial Board of Directors are as follows:

Syed M. Raheel
P. O. Box 16519
Encino, CA 91416

## ARTICLE 11
## INCORPORATOR

The name and street address of the incorporator signing these Articles of Incorporation is as follows:

| Name | Street Address |
|---|---|
| Kenneth A. Norman | 2400 S. E. Federal Highway, Fourth Floor<br>Stuart, Florida 34994 |

## ARTICLE 12
## COMMON DIRECTOR - TRANSACTIONS BETWEEN CORPORATIONS

No contract or other transaction between this Corporation and one or more of its Directors or any other corporation, firm, association or entity in which one or more of its Directors are directors or officers or are financially interested, shall either be void or voidable because of such relationship or interest, or because such Director or Directors are present at the meeting of the Board of Directors, or a committee thereof which authorizes, approves or ratifies such contract or transaction, or because his or their votes are counted for such purpose if: (a) the fact of such relationship or interest is disclosed or known to the Board of Directors or committee which authorizes, approves or ratifies the contract or transaction by vote or consent sufficient for that purpose without counting the votes or consents of such Director; or (b) the fact of such relationship or interest is disclosed or known to the Shareholders entitled to vote and they authorize, approve or ratify such contract or transaction by vote or written consent; or (c) the contract is fair and reasonable to the Corporation.

Common or interested Directors may be counted in determining the presence of a quorum at a meeting of the Board of Directors or committee thereof which authorizes approves or ratifies such contract or transactions.

**ARTICLE 13**
**BY-LAWS**

The By-Laws of the Corporation shall be initially adopted by the Board of Directors, and may be changed or repealed by the affirmative vote of a majority of the Board of Directors or by the affirmative vote of a majority of Shareholders at any meeting thereof.

**ARTICLE 14**
**EMERGENCY BY-LAWS**

The Board of Directors of the corporation may adopt bylaws to be effective only in an "emergency". An emergency exists if a quorum of the corporation's directors cannot readily be assembled because of some catastrophic event. Emergency bylaws are subject to amendment or repeal by the shareholders as well as the directors.

**ARTICLE 15**
**SPECIAL PROVISIONS**

The following additional provisions for the regulation of the business and for the conduct of the affairs of the Corporation and for creating, defining, limiting and regulating the powers of the Corporation, its Shareholders and Directors, are hereby adopted as a part of these Articles of Incorporation.

15.1 No person shall be required to own, hold or control stock in the Corporation as a condition precedent to holding an office in this Corporation.

15.2 The Board of Directors may prescribe a method or methods for replacement of lost certificates, and prescribe reasonable conditions by way of security upon the issue of new certificates therefor.

15.3 The Board of Directors, by the affirmative vote of a majority of the directors then in office, and irrespective of any personal interest of any of its members, shall have authority to establish reasonable compensation of all Directors for services to the Corporation as Directors, officers or otherwise.

Kenneth A. Norman, Incorporator

H17000338307

**CERTIFICATE DESIGNATING PLACE OF BUSINESS OF DOMICILE FOR THE SERVICE OF PROCESS WITHIN THIS STATE NAMING AGENT UPON WHOM PROCESS MAY BE SERVED**

In pursuance of §§48.091(1) and 607.0501, Florida Statutes, the following is submitted in compliance thereof:

That CORD FOR LIFE, INC., desiring to organize as a corporation under the laws of the State of Florida, with its initial registered office in Florida being in the County of Martin, at 2400 S. E. Federal Highway, Fourth Floor, Stuart, Florida 34994 has named Kenneth A. Norman, located at that same address as its initial registered agent to accept service of process within this State.

**ACKNOWLEDGMENT:**

Having been named to accept service of process for the above-stated corporation, at the place designated in this certificate, I hereby agree to act in this capacity, and I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I accept the duties and obligations of Section 607.0505, Florida Statutes.

By: ______________________
Kenneth A. Norman