# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KREVOLIN & HORST, LLC,

**Case No.: 6:20-mc-00041-RBD-LRH**

Plaintiff,

vs.

LIFEFORCE CRYOBANK SCIENCES, INC.,

Defendant.

_______________________________/

## NOTICE TO APPEAR

TO: CORD FOR LIFE, INC.
270 Northlake Blvd, Suite 1012
Altamonte Springs, FL 32701

YOU ARE NOTIFIED that, pursuant to section 56.29, Florida Statutes, proceedings supplementary have been initiated against you in the United States District Court, Middle District of Florida, Orlando Division, by Plaintiff/Judgment Creditor, KREVOLIN & HORST, LLC ("Judgment Creditor"), to satisfy the Attorney Fee Judgment entered in favor of Judgment Creditor and against Defendant/Judgment Debtor, LIFEFORCE CRYOBANK SCIENCES, INC. ("Judgment Debtor"), in the total amount of $579,105.80, plus accrued post judgment interest (the "Judgment"), by application of the following property, debt, or obligation held by CORD FOR LIFE, LLC ("CFL"):

> All equipment, computers, furniture, fixtures, cash and all other tangible personal property, including, without limitation, inventories, wherever located, including all stem cell materials in storage, all collected blood samples in process, spare parts and all other materials and supplies to be used or consumed in the processing of blood, collection of stem cells from processed blood and storage of stern cells, together with any insurance on such property, which are not exempt from execution.

All funds maintained with any financial institution, which are not exempt from execution.

All receivables, including, without limitation, all debts, trade and customer accounts receivable arising from service (specifically including future commissions and/or residuals on all future premiums paid by accounts), notes receivable, insurance proceeds receivable, and any other obligations identified as an asset in books or records related to assets, which are not exempt from execution.

All contracts, franchises, franchise rights, patents, trademarks, and other intangible property, including, without limitation, customer accounts and other rights to provide services to customers, which are not exempt from execution.

All rights relating to deposits and prepaid expenses, claims for refunds and rights to offset in respect thereof, which are not exempt from execution.

You are further required to serve an affidavit, as provided by section 56.16, Florida Statutes, within seven (7) business days from the date of service of the instant Notice to Appear stating why the property, debt, or other obligation referenced above should not be applied to satisfy the Judgment. The affidavit must include all facts or legal defenses opposing the application of the above referenced property, debt, or obligation toward the satisfaction of the Judgment, and must be served on Judgment Creditor, KREVOLIN & HORST, LLC, c/o Richard B. Weinman, Esq., Winderweedle, Haines, Ward & Woodman, P.A., 329 Park Avenue North, Second Floor, Winter Park, FL 32789; rweinman@whww.com. You must file the original affidavit with the Clerk of this Court either before service on the Judgment Creditor or immediately thereafter. Legal defenses need not be filed under oath but must be served contemporaneously with the affidavit.

If any of your property has been levied on and you choose to oppose the application of the property to be applied toward the satisfaction of the Judgment, then you must furnish a bond with surety to be approved by the officer in favor of the Judgment Creditor. The amount of the bond must be double the value of the goods claimed as the value is fixed by the officer and conditioned to deliver said property on demand of said officer if it is adjudged to be the property of the

Judgment Debtor and to pay the Judgment Creditor all damages found against you if it appears that the claim was interposed for the purpose of delay.

**YOU HAVE A RIGHT TO A TRIAL BY JURY AS PROVIDED BY SECTION 56.18, FLORIDA STATUTES, TO DETERMINE THE RIGHT TO THE PROPERTY, DEBT, OR OTHER OBLIGATION REFERENCED AND IDENTIFIED HEREIN. YOU ARE ENTITLED TO DISCOVERY UNDER THE FLORIDA RULES OF CIVIL PROCEDURE. IF THE COURT OR JURY DETERMINES THAT THE PROPERTY, DEBT, OR OTHER OBLIGATION BELONGS TO THE JUDGMENT DEBTOR AND IS SUBJECT TO APPLICATION TOWARD THE SATISFACTION OF ITS JUDGMENT, THEN YOU MAY BE ORDERED TO PAY DAMAGES TO THE JUDGMENT CREDITOR OR SURRENDER THE PROPERTY OR OTHER OBLIGATION DUE TO THE JUDGMENT DEBTOR TO THE JUDGMENT CREDITOR.**

DONE and ORDERED in Chambers in Orlando Florida on this ___ day of _______________, 2021.

______________________________

United States District/Magistrate Judge