**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KREVOLIN & HORST, LLC,

**Case No.: 6:20-mc-00041-RBD-LRH**

Plaintiff,

vs.

LIFEFORCE CRYOBANK SCIENCES, INC.,

Defendant.

______________________________/

**NOTICE OF FILING PLAINTIFF'S SUPPLEMENTAL AFFIDAVIT OF JUDGMENT LIEN AND IN SUPPORT OF MOTION FOR PROCEEDINGS SUPPLEMENTARY**

Plaintiff, Krevolin & Horst, LLC, through the undersigned counsel, hereby gives notice of filing the following Supplemental Affidavit of Judgment Lien in Support of Motion for Proceedings Supplementary.

DATED this 7th day of January, 2022.

Respectfully submitted,

**Winderweedle, Haines, Ward & Woodman, P.A.**
P.O. Box 880
Winter Park, FL 32790
Tel: (407) 423-4246

*/s/ Richard B. Weinman*
Richard B. Weinman
Florida Bar No.: 231370
rweinman@whww.com
Ryan E Davis

Florida Bar No.: 179851
rdavis@whww.com
*Attorneys for Plaintiff Krevolin & Horst, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7[TH] day of January, 2022, the above and foregoing document has been furnished to the Clerk of the Court using the CM/ECF System which will send notice of electronic filing to all counsel of record.

*/s/ Richard B. Weinman*
Richard B. Weinman
Florida Bar No.: 231370

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KREVOLIN & HORST, LLC,

**Case No.: 6:20-mc-00041-RBD-LRH**

Plaintiff,

vs.

LIFEFORCE CRYOBANK
SCIENCES, INC.,

Defendant.

_____________________________/

**PLAINTIFF'S SUPPLEMENTAL AFFIDAVIT OF JUDGMENT LIEN AND IN SUPPORT OF MOTION FOR PROCEEDINGS SUPPLEMENTARY**

State of Georgia )
County of Fulton )

Before me, personally appeared Adam M. Sparks, Esq., who, after being sworn, states:

1. I, Adam M. Sparks, Esq., am a Shareholder in the law firm of Krevolin & Horst, LLC ("Plaintiff"), and submit this affidavit as a supplement to my affidavit dated December 22, 2021 [Doc. #16-1], based on events which occurred subsequent thereto.

2. I make this affidavit based upon my personal knowledge and my review of documents filed in this case and those filed in Civil Action File No. 1:17-CV-04235-ELR in the United States District Court for the Northern District of Georgia

(the "Georgia Action"), as well as upon my review of regularly maintained business records.

3. On October 21, 2020, an Attorney Fee Judgment was entered in the Georgia Action, in favor of Plaintiff and against Defendant Lifeforce Cryobank Sciences, Inc. ("Lifeforce") in the amount of $579,105.80 (the "Judgment"). On November 4, 2020, the Judgment was registered in this Court. Doc. #1.

4. On December 6, 2021, Plaintiff filed its Application for Writ of Execution (the "Application"), seeking issuance of a writ of execution against property owned by Lifeforce. Doc. #12.

5. On December 13, 2021, the Court entered the Order denying the Application without prejudice for failure to comply with Local Rule 3.01(a). Doc. #14.

6. On December 13, 2021, Plaintiff filed the Amended Application for Writ of Execution with Supporting Memorandum of Law (the "Amended Application"). Doc. #15.

7. On January 4, 2022, the Court entered the Order granting the Amended Application and directing the Clerk to issue the proposed writ of execution. Doc. #18.

8. On January 5, 2022, the Clerk issued the Writ of Execution. Doc. #19.

9. The Writ of Execution was submitted to the U.S. Marshall for service on Lifeforce at its last known address of 270 North Lake Blvd., Suite 1012, Altamonte Springs, Florida 32701. *See* **Exhibit "A".**

10. The Writ of Execution is valid and outstanding.

11. Plaintiff has not received satisfaction of the Judgment, in whole or in part.

12. The unsatisfied amount of the Judgment is $579,105.80, plus post-judgment interest of at least $875.00 since the entry of the Judgment on October 21, 2020.[1]

FURTHER AFFIANT SAITH NAUGHT.

[signature]

**Adam M. Sparks**

SWORN TO AND SUBSCRIBED before me this 7th day of January, 2022, by means of ☑ physical presence or ☐ online notarization, by Adam M. Sparks, Esq., Shareholder of Krevolin & Horst, LLC.

(Seal)

JENNIFER E BROWN
NOTARY PUBLIC
My Commission Expires 06-21-2025
FULTON COUNTY, GEORGIA

[signature]
Signature of Notary Public

Jennifer E. Brown
Print, Type/Stamp Name of Notary

My commission expires: 06/21/2025

Personally Known X

OR Produced Identification _____

Type of Identification Produced ______________________

[1] Based on accrual of interest at 0.13% for 425 days.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Krevolin & Horst, LLC | COURT CASE NUMBER<br>6:20-mc-00041-RBD-LRH |
| DEFENDANT<br>Lifeforce Cryobank Sciences, Inc., a Delaware corporation | TYPE OF PROCESS<br>Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Lifeforce Cryobank Sciences, Inc., a Delaware corporation
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
270 North Lake Blvd., Suite 1012, Altamonte Springs, Florida 32701

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>James Edward Cheek, III<br>Winderweedle, Haines, Ward & Woodman, P.A.<br>Post Office Box 880<br>Winter Park, Florida 32790 | Number of process to be served with this Form 285: 1<br>Number of parties to be served in this case: 1<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF<br>☐ DEFENDANT | 407 423-4246 | 1/6/2022 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time ☐ am ☐ pm |
|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

# EXHIBIT A

Form USM-285
Rev. 03/21

DC 11
Rev. 1/09

# WRIT OF EXECUTION

| United States District Court | Middle District of Florida |
|---|---|

TO THE MARSHAL OF: Middle District of Florida, Orlando Division 6:20-mc-00041-RBD-LRH

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME LIFEFORCE CRYOBANK SCIENCES, INC., a Delaware corporation, 270 North Lake Blvd, Suite 1012, Altamonte Springs, FL 32701.

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| $579,105.80 | AND | |

in the United States District Court for the Middle District of Florida, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Case No. 6:20-mc-00041-RBD-LRH, Krevolin & Horst, LLC v. Lifeforce Cryobank Sciences, Inc., pursuant to the judgment entered October 21, 2020 in the United States District Court for the Northern District of Georgia of Georgia, Atlanta Division, Civil Action File No. 1:17-CV-04235-ELR.

and also the costs that may accrue under this writ.
And that you have above listed moneys that the place and date listed below; and that you bring this writ with you.

| | |
|---|---|
| PLACE Orange County | DISTRICT Middle District of Florida |
| CITY Orlando | DATE |

Witness the Honorable ______________________________
United States Judge

| | |
|---|---|
| DATE<br>January 5, 2022 | CLERK OF COURT<br>Elizabeth Warren<br>(BY) DEPUTY CLERK<br>LaDarriusJernigan |

RETURN

| | |
|---|---|
| DATE RECEIVED | DATE OF EXECUTION OF WRIT |

This writ was received and executed.

| | |
|---|---|
| U.S. MARSHAL | (BY) DEPUTY MARSHAL |

Case 6:20-mc-00041-RBD-LRH Document 1 Filed 11/04/20 Page 1 of 2 PageID 1

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

FILED
Nov 4, 2020
Date
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Krevolin & Horst, LLC
*Plaintiff*
v.
Lifeforce Cryobank Sciences, Inc.
*Defendant*

Civil Action No. 1:17-cv-4235

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 10/21/2020.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 10/22/2020

JAMES N. HATTEN
*CLERK OF COURT*

Traci Clements Campbell
*Signature of Clerk or Deputy Clerk*

I CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: ____________
DEPUTY CLERK

Case 6:20-mc-00041-RBD-LRH Document 1 Filed 11/04/20 Page 2 of 2 PageID 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KREVOLIN & HORST, LLC,<br>Plaintiff,<br><br>vs.<br><br>SYED M. RAHEEL and LIFEFORCE CRYOBANK SCIENCES, INC.,<br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:17-CV-04235-ELR |

**ATTORNEY FEE JUDGMENT**

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of Plaintiff Krevolin & Horst, LLC's Motion for Attorney Fees, and the court having granted said motion on June 24, 2020, it is

**Ordered and adjudged** that Plaintiff Krevolin & Horst, LLC recover from Defendant Lifeforce Cryobank Sciences, Inc. $579,105.80 in attorneys' fees, costs, and expenses, plus any post-judgment interest accruing per diem.

Dated at Atlanta, Georgia this 21st day of October, 2020.

JAMES N. HATTEN
CLERK OF COURT

By: s/Jessica Kelley
Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
October 21, 2020
James N. Hatten
Clerk of Court

By: s/Jessica Kelley
Deputy Clerk

CERTIFICATION
CM/ECF DOCUMENT
I hereby attest and certify that this is a true and correct printed copy of a document which was electronically filed with the United States District Court for the Northern District of Georgia.

Date Filed: 10/21/2020

By: [signature] Deputy
James N. Hatten, Clerk of Court

OCT 22 2020

# ELECTRONIC JUDGMENT LIEN CERTIFICATE

FOR PURPOSES OF FILING A JUDGMENT LIEN, THE FOLLOWING INFORMATION IS SUBMITTED IN ACCORDANCE WITH s. 55.203, F.S..

**JUDGMENT DEBTOR (DEFENDANT) NAME(S) AS SHOWN ON JUDGMENT LIEN:**

LIFEFORCE CRYOBANK SERVICES, INC.
P.O. BOX 16519
ENCINO, CA. 91416
FEI#: 27-0291398 DOS DOCUMENT#: F09000002652

**J21000612394**
**FILED**
**Nov 29, 2021 04:52 P.M.**
**Secretary of State**
SLWILSON

**JUDGMENT CREDITOR (PLAINTIFF) NAME AS SHOWN ON JUDGMENT LIEN OR CURRENT OWNER OF JUDGMENT IF ASSIGNED:**

KREVOLIN & HORST, LLC
1201 WEST PEACHTREE STREET NW
SUITE 3250
ATLANTA, GA 30309
DOS DOCUMENT#: N/A

NAME AND ADDRESS TO WHOM ACKNOWLEDGMENT/CERTIFICATION IS TO BE MAILED:

DAVID LANDIS, ESQUIRE MATEER HARBERT P.A.
DLANDIS@MATEERHARBERT.COM

---

AMOUNT DUE ON MONEY JUDGMENT: 579,105.80
APPLICABLE INTEREST RATE: 0.13%
NAME OF COURT: USDC MIDDLE DIST. FL, ORLANDO
CASE NUMBER: 6:20-MC-00041-RBD-LHR
DATE OF ENTRY: 11/04/20
WAS A WRIT OF EXECUTION DOCKETED ON THIS JUDGMENT LIEN WITH ANY SHERIFF PRIOR TO OCTOBER 1, 2001?
( ) YES (IF YES, A "CREDITOR AFFIDAVIT CERTIFICATION" FORM MUST BE ATTACHED TO THIS CERTIFICATE.)
(X) NO

---

**UNDER PENALTY OF PERJURY, I hereby certify that: (1) The judgment above described has become final and there is no stay of the judgment or its enforcement in effect; (2) All of the information set forth above is true, correct, current and complete; (3) I have not previously filed a Judgment Lien Certificate regarding the above judgment with the Department of State; and, (4) I have complied with all applicable laws in submitting this Electronic Judgment Lien Certificate for filing.**

Electronic Signature of Creditor or Authorized Representative: DAVID M. LANDIS, ESQUIRE